[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 27, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-11809
Non-Argument Calendar

_____

D. C. Docket No. 06-00157-CR-ORL-22DAB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LESLIE MARIE GREEN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(September 27, 2007)**

Before TJOFLAT, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Daniel N. Broderson, appointed counsel for Leslie Marie Green, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Green's conviction and sentence are **AFFIRMED**.